UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

                                   CASE NO. 1:99-CR-71

v.

                                   HON. ROBERT HOLMES BELL

CAZEMBE SOKONI BASKIN,

      Defendant.

_____/


**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #56). Based on a review of Defendant's motion, the Sentence Modification Report, submission by defense counsel, and the original criminal file, the Court has determined that the motion should be denied as follows:

Defendant was sentenced on Count 1 of an Indictment charging Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. §841(a)(1) and (b)(1)(A). Defendant was sentenced as a career offender within the meaning of U.S.S.G. § 4B1.1(a). As such, defendant is ineligible for a reduction in sentence. Accordingly,

Defendant's Motion for Modification or Reduction of Sentence (docket #56) is **DENIED**.


DATED:   April 5, 2010                    /s/ Robert Holmes Bell
                                           ROBERT HOLMES BELL
                                           UNITED STATES DISTRICT JUDGE